IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JON FEINGERSH PHOTOGRAPHY, INC.,

    Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT
PUBLISHING CO.

    Defendant.

CIVIL ACTION
NO. 13-2378

## ORDER

**AND NOW**, this 25th day of February 2014, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 9), Plaintiff's Response in Opposition (Doc No. 13), Defendant's Reply (Doc. No. 15), Defendant's Notices of Supplemental Authority (Doc. Nos. 16, 18, 22), Plaintiff's Notice of Supplemental Authority (Doc. No. 20), and Defendant's Response to Plaintiff's Notice of Supplemental Authority (Doc. No. 21), it is **ORDERED** that the case will be transferred to the United States District Court for the Southern District of New York and the Clerk of Court is **ORDERED** to make the transfer.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.